# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MILLENNIUM ACQUISITIONS LLC, et al., <br><br>　　　　　Defendants. | Case No.: 1:18-cv-1648 -DAD JLT <br><br> ORDER TO SHOW CAUSE WHY SHOULD NOT BE ISSUED |

The plaintiffs filed this action on November 30, 2018. (Doc. 1) The same day, the Court issued the summonses (Doc. 2) and its order setting the mandatory scheduling conference to occur on February 27, 2019. (Doc. 3) The order reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) However, the plaintiffs have not filed proofs of service and no defendant has appeared. Therefore, the Court **ORDERS**:

　　　1.　　**<u>No later than February 22, 2019</u>**, the plaintiffs **SHALL** show cause why sanctions, up to and including dismissal of the action, should not be imposed for its failure to comply with

1

Fed.R.Civ.P. 4(m) and with the Courts orders and to prosecute this action.  Alternatively, the plaitniffs may file proofs of service by February 22, 2019;

    2.    The scheduling conference is **<u>CONTINUED</u>** to March 28, 2019 at 8:15 a.m.

IT IS SO ORDERED.

    Dated: <u>**February 14, 2019**</u>        <u>**/s/ Jennifer L. Thurston**</u>
                                                          UNITED STATES MAGISTRATE JUDGE