UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR, <br><br>   Plaintiff, <br><br>   v. <br><br> MILLENNIUM ACQUISITIONS LLC, et al., <br><br>   Defendants. | Case No.: 1:18-cv-1648 -DAD JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE |

The Court ordered the plaintiff to show cause why sanctions should not be imposed for his failure to prosecute this action and file proofs of service. (Doc. 4) Alternatively, the Court permitted the plaintiff file the proofs of service. Id. He has done that. (Docs. 5-6) Thus, the Court **ORDERS** the order to be show cause be **DISCHARGED.**

IT IS SO ORDERED.

Dated: **February 26, 2019**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1