1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No.: 1:18-CV-01648-DAD-JLT |
| Plaintiff, | ORDER REFERRING THE MATTER TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| v. | |
| MILLENNIUM ACQUISITIONS LLC, et al., | |
| Defendants. | |

10
11
12
13
14
15

16    The parties have agreed to have the matter referred to the Court's Voluntary Dispute Resolution
17 Program before beginning discovery. (Doc. 13 at 7) Therefore, the Court **ORDERS**:
18    1.    The matter is referred to the Voluntary Dispute Resolution Program;
19    2.    Pending the mediation, the parties may conduct discovery and proceed with the site
20 inspection, if they choose;
21    3.    If the case does not resolve with the VDRP, the Court will issue a case schedule at that
22 time.
23
24 IT IS SO ORDERED.
25    Dated:    __July 2, 2019__              _____/s/ Jennifer L. Thurston__
26                                      UNITED STATES MAGISTRATE JUDGE
27
28