UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>MILLENNIUM ACQUISITIONS, LLC, a California Limited Liability Company; SHIRALIAN ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 1:18-CV-01648-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 18)** |

The parties report they had come to terms of settlement. (Doc. 18) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than January 13, 2020**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **November 18, 2019**           **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE