UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>MILLENNIUM ACQUISITIONS, LLC, a California Limited Liability Company; SHIRALIAN ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | ) Case No.: 1:18-CV-01648-DAD-JLT<br>)<br>)<br>) **ORDER CLOSING THE ACTION**<br>) **(Doc. 21)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 21) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: **December 10, 2019**         **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE